**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1162**

CRYSTAL VL RIVERS,

       Plaintiff - Appellant,

   v.

VIRGINIA STATE CORPORATION COMMISSION; SELECT BANK FINANCIAL CORP.; SELECT BANK; J. MICHAEL THOMAS; OLD DOMINION NATIONAL BANK; MARK MERRILL; KELLY POTTER; UNION BANKSHARES CORPORATION, now Atlantic Union Bankshares; UNION BANK AND TRUST, now Atlantic Union Bank; successor of and formerly StellarOne Bank, formerly Planters Bank & Trust Company of Virginia; ADVANTAGE TITLE & CLOSING LLC; JENNIFER RICHARDSON; MATT FARISS; SHANA BECK LESTER; RALPH H. BECK; S & R FARM, LLC; BBOYZ LLC; SERENITY ACRES FARM LLC; SETH TWERY, VSB #20031; LISA SCHENKEL, VSB #21521; NORTHCREEK INC. NORTH CREEK CONSTRUCTION; DAVID EDMUNDSON; KELLY EDMUNDSON; SERENE CREEK RUN ASSOCIATION; TRAVIS BAKER; JENNIFER BAKER; MICHAEL FRIEDMAN; LOREN FRIEDMAN; RICHARD ROGERS; BETH ROGERS; MATTHEW KRYCINSKI; SARAH KRYCINSKI; MICHAEL BRADBURY; HOWARD FREAR; BARBARA FREAR; WILLIAM FLUKER; MICHELLE FLUKER; MARGIE CALLAHAN; TED COUNTS REALTY GROUP AND AUCTION CO INC.; ROBERT BEACH; BRANCH BANKING AND TRUST COMPANY OF VIRGINIA; MARK LOFTIS, VSB #79538; SAMEER M. PATEL, VSB #65811,

       Defendants - Appellees,

   and

UNITED STATES OF AMERICA; VIRGINIA STATE POLICE; BEDFORD COUNTY, VIRGINIA; CITY OF LYNCHBURG, VIRGINIA; KAREN DEER; MARYLOU PRILLIMAN; BILL TALBOTT; E. JOSEPH FACE, JR., Commissioner; BANK OF THE JAMES FINANCIAL GROUP, INC., a/k/a Bank

of the James; ROBERT R. CHAPMAN, III; LIBERTY UNIVERSITY, INC.; LAURA J. WALLACE; SHERWOOD DAY, VSB #15128; FRANK W. MORRISON, VSB #07549; STEVEN R. GRANT, VSB #27178; FEDERAL BUREAU OF INVESTIGATION; IRS - CRIMINAL DIVISION; ALBEMARLE COUNTY; STATE CORPORATION COMMISSION; BUREAU OF FINANCIAL INSTITUTIONS; PRESCOTT H. GAY, SR., VSB #17727; SHERRI SACKETT; PETER C. SACKETT,

                    Defendants.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Elizabeth Kay Dillon, District Judge.  (6:18-cv-00061-EKD-JCH)

─────────────

Submitted:  May 7, 2021                                    Decided:  May 17, 2021

─────────────

Before MOTZ, WYNN, and RUSHING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Crystal VL Rivers, Appellant Pro Se.  Eric Daniel Chapman, COWANPERRY PC, Blacksburg, Virginia; Maurice Scott Fisher, Jr., Brian Patrick O'Grady, HARMAN CLAYTOR CORRIGAN & WELLMAN, Richmond, Virginia; John Benjamin Rottenborn, WOODS ROGERS, PLC, Roanoke, Virginia; Edward Albion Armfield, OVERSTREET SLOAN, PLLC, Forest, Virginia; Chad Allan Mooney, PETTY LIVINGSTON DAWSON & RICHARDS, Lynchburg, Virginia; Floyd Elbert Isenhour, III, CASKIE & FROST, Lynchburg, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal VL Rivers seeks to appeal the district court's order adopting in part the magistrate judge's recommendations, dismissing some of the claims in Rivers's civil action with prejudice, and dismissing some of her other claims without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Rivers seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Rivers's motions to recuse the district judge, to extend the time to file her reply brief, to transfer the case, and to order the district court to docket certain pleadings.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3